Jacqueline McKEAMER, Appellant,

v.

UNITED STATES, Appellee.

No. 81–396.

District of Columbia Court of Appeals.

March 29, 1983.

Before NEWMAN, Chief Judge, and KELLY, KERN, NEBEKER, MACK, FERREN, PRYOR, BELSON and TERRY,* Associate Judges.

### ORDER

PER CURIAM.

On consideration of appellee's petition for rehearing en banc, and it appearing that an evenly divided court has voted thereon, it is

ORDERED that appellee's petition is denied.

* Associate Judge Terry has recused himself from participating in this case.

KERN, NEBEKER, PRYOR, and BELSON, Associate Judges, would grant appellee's petition for rehearing en banc.

Separate statement of NEBEKER, Associate Judge.

NEBEKER, Associate Judge:

This case presents a factual scenario quite close to that found in *Oregon v. Bradshaw,* 54 Or.App. 949, 636 P.2d 1011 (1981), *cert. granted,* —— U.S. ——, 103 S.Ct. 292, 74 L.Ed.2d 276 (1982). *Bradshaw* has recently been argued before the Supreme Court, but no opinion has yet been issued. As the *Bradshaw* decision will undoubtedly impact upon the holding in this case, I find our decision to deny rehearing en banc to be improvident at this time. The overriding interest in consistency in the administration of justice dictates that we not be in such haste to achieve a particular result in any case. Further action with regard to *McKeamer v. U.S.,* 452 A.2d 348, should be withheld until *Bradshaw* provides additional guidance on the issue presented. Absent granting the en banc petition, the division should at least recall its mandate and await decision in *Bradshaw.* It has refused to do so. Given that refusal, a petition for certiorari seems to be the only step which can assure that both cases are decided consistently.